**Ernesto PATINO–FIGUEROA, a.k.a. Ernesto Figueroa Patina, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 07–71226.**

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.[*]

Filed April 23, 2012.

Hugo Florentino Larios, Hugo F. Larios Law, P.L.L.C., Tempe, AZ, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Sunah Lee, Mona Maria Yousif, Michelle Gorden Latour, Esquire, Assistant Director, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

## MEMORANDUM **

Ernesto Patino–Figueroa, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his request for a continuance. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to consider Patino–Figueroa's contention that the United States Citizenship and Immigration Services violated due process by unreasonably delaying the adjudication of his Relative Visa Petition, Form I–130 because he failed to exhaust his administrative remedies. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004).

Patino–Figueroa has waived any challenge to the agency's denial of a continuance. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).